# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**JAMES AUTRY RAZZI and DAMARIS MARIE REYES SANTIAGO,**

      **Plaintiffs,**

v.          Case No:   5:14-cv-447-Oc-22PRL

**ROBERT NIMLER,**

      **Defendant.**

## ORDER

This cause is before the Court on the Motion to Proceed *In Forma Pauperis* (Doc. No. 2) filed on August 7, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED and the Complaint be DISMISSED.

Thereafter, Plaintiff James Autry Razzi filed an Amended Complaint adding Marie Reyes Santiago his girlfriend and mother of his child as an additional Plaintiff.   Like Razzi, she alleges identity theft and fraud.   Plaintiffs have also filed three supplements consisting of exhibits to the Amended Complaint.   Plaintiffs have failed to state a claim for relief within the limited jurisdiction of this Court.

After an independent *de novo* review of the record in this matter, and reviewing the documents filed by Plaintiffs, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.   The Report and Recommendation filed September 12, 2014 (Doc. No. 5), is ADOPTED and CONFIRMED and made a part of this Order.

2.   The Motion to Proceed *In Forma Pauperis* is hereby DENIED.

    3.      This case is DISMISSED WITHOUT PREJUDICE.

    4.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Ocala, Florida on October 7, 2014.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Unrepresented Parties